IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| JERRY R. HOBBS,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　　　　Defendant. | ORDER<br><br>Case No. 2:13-cv-00571<br><br>Magistrate Judge Dustin Pead |

　　　　On November 29, 2013, the Court received a letter from Plaintiff Jerry Hobbs indicating his intent to withdraw his action against Defendant Union Pacific Railroad Company (doc. 3).

　　　　Accordingly, consistent therewith, the Court hereby ORDERS that Plaintiff's case be dismissed.

　　　　　　　　　　　　DATED this 11$^h$ day of December, 2013,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Dustin B. Pead
　　　　　　　　　　　　　　　　　　　　U.S. Federal Magistrate Judge